# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

1) James Alvin Sablan Sr.,
Plaintiff, Sui Juris,

Vs.

1) Kevin Schiller

2) Otto D. Lynn

3) Krystal Zboinski

4) Elaine McGraw Brannon

5.) Amanda Crutcher

6) Buffy Dreiling

7) W. Kathleen Baker

And the State of Nevada, Defendants, et al;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.   3:09-cv-00241

**CIVIL RIGHTS COMPLAINT PURSUANT TO**

**42 U.S.C. § 1983**

**42 U.S.C. § 1985**

**42 U.S.C. § 1986**

**28 U.S.C. § 1343**

**18 U.S.C. § 241**

**18 U.S.C. § 242**

**18 U.S.C. § 1001**

**42 U.S.C. § 14141**

```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

          MAY - 8 2009

     CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, James A. Sablan Sr. Sui Juris,

who presently resides at 239 West 2nd Street, #416 Reno, Nevada. 89501,

were violated by the actions of the below named individuals which were directed against

Plaintiff at Washoe County Department of Social Services 350 So. Center St. Reno, Nevada. 89501., Second Judicial District Court, Family Division 1 So. Sierra St. Reno, Nevada. 89501 on the following dates

| 42 U.S.C § 1983, | 18 U.S.C. § 241, and | 18 U.S.C. § 1001 |
|---|---|---|
| (Count 1) | (Count 2) | (Count 3) |

1) Defendant Kevin Schiller resides at 350 So. Center Street Reno, Nevada. 89501, Mailing Address: P.O. Box 11130 Reno, NV 89520-0027 and is employed as Department Director Washoe County Department of Social Services. This defendant is sued in his/her [x] Individual and [x] official capacity. (Check one or both). Explain how this defendant was acting.

As an individual citizen of the United States, he had personal knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and by personal choice did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

under color of law

In his official capacity, he had knowledge of false statements entered into record.

Also in his official capacity, he had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

2) Defendant Otto D. Lynn resides at 350 So. Center Street Reno, Nevada. 89501, Mailing Address: P.O. Box 11130 Reno, NV 89520-0027 and is employed as L.S.W. Children's Services Coordinator Washoe County Department of Social Services. This defendant is sued in his/her [x] Individual and [x] official capacity. (Check one or both). Explain how this defendant was acting.

As an individual citizen of the United States, he had personal knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and by personal choice did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

under color of law

In his official capacity, he had knowledge of false statements entered into record.

Also in his official capacity, he had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

3) Defendant Krystal Zboinski resides at 350 So. Center Street Reno, Nevada. 89501, Mailing Address: P.O. Box 11130 Reno, NV 89520-0027 and is employed as Social Services Supervisor Washoe County Department of Social Services. This defendant is sued in his/her [x] Individual and [x] official capacity. (Check one or both). Explain how this defendant was acting.

As an individual citizen of the United States, she had personal knowledge of U.S. Statutes being violated by individuals made known to her in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

under color of law

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to her in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

4) Defendant Elaine McGraw Brannon resides at 350 So. Center Street Reno, Nevada. 89501, Mailing Address: P.O. Box 11130 Reno, NV 89520-0027 and is employed as L.S.W., M.S.W., Social Worker III Washoe County Department of Social Services. This defendant is sued in his/her [x] Individual and [x] official capacity. (Check one or both). Explain how this defendant was acting.

As an individual citizen of the United States, she had personal knowledge of U.S. Statutes being violated by individuals made known to her in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

under color of law

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

5) Defendant Amanda Crutcher resides at 350 So. Center Street Reno, Nevada. 89501, Mailing Address: P.O. Box 11130 Reno, NV 89520-0027 and is employed as L.S.W., Social Worker III Washoe County Department of Social Services. This defendant is sued in his/her [x] Individual and [x] official capacity. (Check one or both). Explain how this defendant was acting.

As an individual citizen of the United States, she had personal knowledge of U.S. Statutes being violated by individuals made known to her in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

under color of law

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to her in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

6) Defendant Buffy Dreiling resides at Second Judicial District Court, Family Division 1 So. Sierra St. Reno, Nevada. 89501 and is employed as Juvenile Master/Judge Second Judicial District Court, Family Division, Washoe County, Reno, NV. 89501. This defendant is sued in his/her [x] Individual and [x] official capacity. (Check one or both). Explain how this defendant was acting.

As an individual citizen, she engaged in disparate treatment to the detriment of parents and willfully made false statements, in an attempt to interfere with the constitutionally protected parent/child relationship, consciously and by personal choice.

Did not pursue criminal activity pertaining to her court after it was reported in her court.

Conspiracy:  By personal choice, she conspired with individuals including Amanda Crutcher to engage in behavior that she knew would deprive parents (James Alvin Sablan Sr. and Sarah Lorraine Matlock) of the Constitutional right to the care, custody and control of their child and other constitutionally protected rights and freedoms. As an individual citizen, she also conspired to keep child from parents in her control knowingly without a valid birth certificate filled out by the parents.

under color of law

Tampering with evidence in her Court, violated due process rights of parents (14th Amendment), granted Temporary Protective Custody order without legal grounds, in her official capacity, she had knowledge of false statements entered into record, failed to dismiss case as mandated by law, hostage taking of infant, misquoted and misrepresented laws.

Disparate treatment when acting as a Court Master.

Violated 1st, 4th, 5th, 8th, and 14th Amendment rights in court proceedings.

Within context of acting as a Court Master in a child dependency case, abused her authority for the reasons stated above.

7) Defendant W. Kathleen Baker resides at Washoe County District Attorney 1 So. Sierra St. Reno, Nevada. 89501, mailing address: P.O. Box 30083 Reno, NV. 89520-3083 and is employed as Deputy District Attorney Civil Division Washoe County District Attorney,  Reno, NV. 89501. This defendant is sued in his/her [x] Individual and [x] official capacity. (Check one or both). Explain how this defendant was acting.

Did not report crimes to law enforcement when as a citizen of the United States she became aware of them, which included coercion, tampering with court evidence, and fraud across state lines (fraudulent termination of rights papers brought from a California court to a Nevada child dependency court in Reno, Nevada).

Also includes all other criminal activity and violation of Federal Statutes that were sent to her in an e-book format.

These crimes that she knowingly ignored place her individually as a citizen of the United States of America in conspiracy with the other U.S. citizens listed in this complaint to deprive the parents (James Alvin Sablan Sr. and Sarah Lorraine Matlock) of numerous fundamental rights (discussed in all "Prima Facie" e-mails sent to her) including and most importantly the right to the care, custody, and control of their daughter, by allowing this group conspiracy to continue.

under color of law

Failed to enforce the law regarding: tampering with evidence, coercion, and fraudulent paperwork perpetrated against parents in State of Nevada by California residents, which was made known to her verbally and in writing, also in her official capacity, she had knowledge of false statements entered into record.

8) Jurisdiction is invoked pursuant to 28 U.S.C. § U.S.C. §1343 (a)(3) and 42 U.S.C. §1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

--------------------------------------------------------

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

This is a Deprivation of Rights case. All the individuals listed in this complaint have violated the following statutes in their individual and official capacities against Plaintiff listed in this complaint:

42 U.S.C. § 1983, 42 U.S.C. § 1985, 42 U.S.C. § 1986, 28 U.S.C. § 1343, 18 U.S.C. § 241, 18 U.S.C. § 242, 18 U.S.C. § 1001, 42 U.S.C. § 14141.

--------------------------------------------------------

## C. CAUSE OF ACTION

## COUNT 1

The following civil rights have been violated:

42 U.S.C § 1983

42 U.S.C § 1985

42 U.S.C § 1986

28 U.S.C. § 1343

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1) Defendant Kevin Schiller:

As an individual citizen of the United States, he had personal knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and by personal choice did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

2) Defendant Otto D. Lynn:

As an individual citizen of the United States, he had personal knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and by personal choice did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

3) Defendant Krystal Zboinski:

As an individual citizen of the United States, she had personal knowledge of U.S. Statutes being violated by individuals made known to her in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore Places her in conspiracy with all the other individuals listed in this complaint.

4) Defendant Elaine McGraw Brannon:

As an individual citizen of the United States, she had personal knowledge of U.S. Statutes being violated by individuals made known to her in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore Places her in conspiracy with all the other individuals listed in this complaint.

5) Defendant Amanda Crutcher:

As an individual citizen of the United States, she had personal knowledge of U.S. Statutes being violated by individuals made known to her in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore Places her in conspiracy with all the other individuals listed in this complaint.

6) Defendant Buffy Dreiling:

As an individual citizen, she engaged in disparate treatment to the detriment of parents and willfully made false statements, in an attempt to interfere with the constitutionally protected parent/child relationship, consciously and by personal choice.

Did not pursue criminal activity pertaining to her court after it was reported in her court.

Conspiracy:  By personal choice, she conspired with individuals including Amanda Crutcher to engage in behavior that she knew would deprive parents (James Alvin Sablan Sr. and Sarah Lorraine Matlock) of the Constitutional right to the care, custody and control of their child and other constitutionally protected rights and freedoms. As an individual citizen, she also conspired to keep child from parents in her control knowingly without a valid birth certificate filled out by the parents.

7) Defendant W. Kathleen Baker:

Did not report crimes to law enforcement when as a citizen of the United States she became aware of them, which included coercion, tampering with court evidence, and fraud across state lines (fraudulent termination of rights papers brought from a California court to a Nevada child dependency court in Reno, Nevada).

Also includes all other criminal activity and violation of Federal Statutes that were sent to her in an e-book format.

These crimes that she knowingly ignored place her individually as a citizen of the United States of America in conspiracy with the other U.S. citizens listed in this complaint to deprive the parents (James Alvin Sablan Sr. and Sarah Lorraine Matlock) of numerous fundamental rights (discussed in all "Prima Facie" e-mails sent to her) including and most importantly the right to the care, custody, and control of their daughter, by allowing this group conspiracy to continue.

## COUNT 2

The following civil rights have been violated:

18 U.S.C. § 241

18 U.S.C. § 242

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1) Defendant Kevin Schiller:

In his official capacity, he had knowledge of false statements entered into record.

Also in his official capacity, he had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

2) Defendant Otto D. Lynn:

In his official capacity, he had knowledge of false statements entered into record.

Also in his official capacity, he had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

3) Defendant Krystal Zboinski:

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

4) Defendant Elaine McGraw Brannon:

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its

continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

5) Defendant Amanda Crutcher:

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

6) Defendant Buffy Dreiling:

Tampering with evidence in her Court, violated due process rights of parents (14th Amendment), granted Temporary Protective Custody order without legal grounds, in her official capacity, she had knowledge of false statements entered into record,  failed to dismiss case as mandated by law, hostage taking of infant, misquoted and misrepresented laws.

 Disparate treatment when acting as a Court Master.

Violated 1st, 4th, 5th, 8th, and 14th Amendment rights in court proceedings.

Within context of acting as a Court Master in a child dependency case, abused her authority for the reasons stated above.

7) Defendant W. Kathleen Baker:

Failed to enforce the law regarding: tampering with evidence, coercion, and fraudulent paperwork perpetrated against parents in State of Nevada by California residents, which was made known to her verbally and in writing, also in her official capacity, she had knowledge of false statements entered into record.

## COUNT 3

The following civil rights have been violated:

18 U.S.C. § 1001

42 U.S.C. § 14141

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1) Defendant Kevin Schiller:

In his official capacity, he had knowledge of false statements entered into record.

Also in his official capacity, he had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

2) Defendant Otto D. Lynn:

In his official capacity, he had knowledge of false statements entered into record.

Also in his official capacity, he had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places him in conspiracy with all the other individuals listed in this complaint.

3) Defendant Krystal Zboinski:

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

4) Defendant Elaine McGraw Brannon:

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its

continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

5) Defendant Amanda Crutcher:

In her official capacity, she had knowledge of false statements entered into record.

Also in her official capacity, she had knowledge of U.S. Statutes being violated by individuals made known to him in "Prima Facie" e-mails, and did not act upon it or try to prevent its continuance. This therefore places her in conspiracy with all the other individuals listed in this complaint.

6) Defendant Buffy Dreiling:

Tampering with evidence in her Court, violated due process rights of parents (14th Amendment), granted Temporary Protective Custody order without legal grounds, in her official capacity, she had knowledge of false statements entered into record, failed to dismiss case as mandated by law, hostage taking of infant, misquoted and misrepresented laws.

Disparate treatment when acting as a Court Master.

Violated 1st, 4th, 5th, 8th, and 14th Amendment rights in court proceedings.

Within context of acting as a Court Master in a child dependency case, abused her authority for the reasons stated above.

7) Defendant W. Kathleen Baker:

Failed to enforce the law regarding: tampering with evidence, coercion, and fraudulent paperwork perpetrated against parents in State of Nevada by California residents, which was made known to her verbally and in writing, also in her official capacity, she had knowledge of false statements entered into record.

------------------------------------------------------

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? [   ] Yes [ x ] No.  If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below outline).

a) Defendants: _____

b.) Name of court and docket number: _____

c) Disposition (for example, was the case dismissed, appealed or is it still pending?):

_____

d) Issues raised: _____

_____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** [   ]Yes [ x ] No.  If your answer is "Yes", describe each lawsuit.  If you had more than three actions dismissed based on the above reasons, describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on additional page following the below outline.)

 Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

_____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3.) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g. have you exhausted available grievance procedures? _____ Yes _____ No. If you your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) _____ disciplinary hearing; (2) _____ state or federal court decision; (3) _____ state or federal law or regulation; (4) _____ parole board decision: or (5) other _____

If your answer is "Yes", provide the following information.  Grievance Number: _____

Date and institution where grievance was filed _____

Response to grievance: _____

_____

_____

_____

_____

------------------------------------------------------

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following relief:

Injunctive Relief: Return daughter to sole legal and physical custody of parent(s).

Monetary Damages: Unlimited, equitable relief for pain and suffering defendants caused, to be determined by the jury.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

**All Rights Reserved Pursuant To:**

**Uniform Commercial Code - Article 1-General Provisions Part 2 §1-207 Performance or Acceptance Under Reservation of Rights.**

(1) A party who with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved.

Such words as "without prejudice", "under protest" or the like are sufficient.

(2) Subsection (1) does not apply to an accord and satisfaction.

_Sarah Lorraine Matlock_
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_James A. Soblansr._
(Signature of Plaintiff)

_5-8-2009_
(Date)