UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

JAMES ALVIN SABLAN, SR.,

    Plaintiff,

vs.

KEVIN SCHILLER, et al.,

    Defendants.

Case No: 3-09-cv-241-RCJ-VPC

ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE

    Notice having been sent on March 11, 2010 [18], and plaintiff having failed to show good cause why this action should not be dismissed against all defendants without prejudice for failure to effect timely service pursuant to FRCP 4(m),

    IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice as to defendants **Kevin Schiller, Otto Lynn, Krystal Zboninski, Elaine McGraw Brannon, Amanda Crutcher, Buffy Dreiling, W. Kathleen Baker, and the State of Nevada**, and the clerk is directed to close this case.

    DATED this 19TH day of October, 2010.

_____
Robert C. Jones
UNITED STATES DISTRICT JUDGE